Certificate Number: 03621-PAW-DE-040550801

Bankruptcy Case Number: 25-23164



03621-PAW-DE-040550801

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 26, 2026, at 8:17 o'clock PM EST, Breana M Aldrich completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  January 26, 2026            By:    /s/Ashley Bradley

                                   Name:  Ashley Bradley

                                   Title: Credit Counselor