IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    Bankruptcy Case No. 25-23164-JAD
Breana Aldrich,                           Chapter 13

            Debtors,
Breana Aldrich,

            Movants,
    v

No Respondent.

**NOTICE OF CHANGE OF DEBTOR'S ADDRESS**

Debtor's former mailing address:

Breana Aldrich
1873 Maledie Lane
Monongahela, PA. 15063

Debtor's current and future address:

Breana Aldrich
1873 Malerie Lane
Monongahela, PA. 15063

Dated: 01/28/2026              /s/: David A. Rice, Esq.
                               Attorney for Debtor(s)
                               15 West Beau Street
                               Washington, PA   15301
                               ricelaw1@verizon.net
                               724-225-7270
                               PA ID 50329