**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| CASE NAME | Breana Aldrich |
|---|---|
| CASE NO. | 25-23164-JAD |
| RELATED TO DOCUMENT NO. | Doc – Notice of Mortgage Payment Change (Claim #7) |

**NOTICE REGARDING
NONCONFORMING DOCUMENT**

The **Notice of Mortgage Payment Change (Claim #7)** that you submitted has been accepted for filing.  However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

Please refile the Notice of Mortgage Payment Change using the most recent version of the form updated 12/25.

You must file the corrected Notice of Mortgage Payment Change within ten (10) days of the date of this notice.

**Please attach a copy of this Notice to the front of the refiled Notice of Mortgage Payment Change that is being filed in response to this Notice.**

| April 16, 2026 | By: | /s/Maggie Schuck |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 25-23164-JAD

Breana Aldrich                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 16, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

**Recip ID**        **Recipient Name and Address**
    + Rori Arnold, M&T Bank, 475 Crosspoint Pkwy., Getzville, NY 14068-1609

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: camanagement@mtb.com | Apr 17 2026 00:12:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Breana Aldrich ricelaw1@verizon.net  lowdenscott@gmail.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: auto Page 2 of 2

Date Rcvd: Apr 16, 2026 Form ID: pdf900 Total Noticed: 2

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Scott R. Lowden

on behalf of Debtor Breana Aldrich lowdenscott@gmail.com

TOTAL: 6