**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CASE NAME** | **Breana Aldrich** |
| **CASE NO.** | **25-23164-JAD** |
| **RELATED TO DOCUMENT NO.** | **Doc – Notice of Mortgage Payment Change (Claim 7)** |

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The **Notice of Mortgage Payment Change** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

PLEASE RESUBMIT THE NOTICE OF MORTGAGE PAYMENT CHANGE USING THE MOST RECENT VERSION OF THE FORM UPDATED (12/25).

You must file Notice of Mortgage Payment Change within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the refiled Notice of Mortgage Payment Change that is being filed in response to this Notice.**

| | | |
|---|---|---|
| July 20, 2026 | By: | /s/Maggie Schuck |
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                               Case No. 25-23164-JAD

Breana Aldrich                                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 20, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

**Recip ID                          Recipient Name and Address**
  +  Rori Arnold, 475 Crosspoint Pkwy., Getzville, NY 14068-1609

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: camanagement@mtb.com | | |
| | | Jul 21 2026 00:28:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026                                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:**

**Name                                Email Address**

David A. Rice
     on behalf of Debtor Breana Aldrich ricelaw1@verizon.net  lowdenscott@gmail.com

Jeffrey Hunt
     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Matthew Fissel
     on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Jul 20, 2026                       Form ID: pdf900                               Total Noticed: 2

Ronda J. Winnecour

        cmecf@chapter13trusteewdpa.com

Scott R. Lowden

        on behalf of Debtor Breana Aldrich lowdenscott@gmail.com

TOTAL: 6